UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

UNITED STATES OF AMERICA
                CRIMINAL ACTION NO. 5:09-00065

v.

Ricky Nichols, *et als*

NOTICE OF APPEAL

    Notice is hereby given that Ricky Nichols, defendant in the above named case as requested by letter to counsel on this date, hereby appeals to the United States Court of Appeals for the Fourth Circuit from an order of District Court Judge Irene Berger sentencing defendant upon his plea, entered following the sentencing of defendants on January 28, 2010.

                                                Ricky Nichols

    s/ J. Steven Hunter
J. Steven Hunter
Counsel for Ricky Nichols
Steve Hunter Associates, l.c.
209 North Court Street
Lewisburg, West Virginia 24901
(304) 645-4622
West Virginia State Bar No: 1826

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

UNITED STATES OF AMERICA

v.   CRIMINAL ACTION NO. 5:09-00065

Ricky Nichols

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served a true copy of the foregoing *NOTICE OF APPEAL* upon counsel for the United States of America , by submitting via electronic filing to said counsel as follows, on this the 10th day of February, 2010:

Thomas Ryan, Esq
Assistant United States Attorney

Derrick W. Lefler, Esq.
Gibson, Lefler & Associates 1345 Mercer Street
Princeton, WV 24740

Gary Collias, Esquire
Counsel for Landon Cline P.O. Box 70007
Charleston, WV 25301

                                                     s/ J. Steven Hunter
                                                    J. Steven Hunter
                                                    Counsel for Ricky Nichols